# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Samuel Green, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Carolyn W. Colvin, Commissioner )<br>of Social Security Administration, )<br>)<br>Defendant. )<br>)<br>_____) | Civil Action No. 0:14-1878-RMG<br><br>**ORDER** |

This matter comes before the Court on Plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Dkt. No. 21). Plaintiff seeks $4,832.00 for attorney's fees, based upon 25.6 hours of professional work at $188.75 per hour, $407.00 for costs and $16.00 for expenses. (Dkt. No. 21-1 at 5-7). The Commissioner has filed a response in support of the motion. (Dkt. No. 25).

The Court has reviewed the proposed stipulation, as well as the supporting underlying documentation, and finds that the total fee is reasonable and authorized under applicable law. *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002). Therefore, the Court hereby grants an EAJA award to Plaintiff in the amount of $4,832.00 for attorney's fees and $407.00 in costs and $16.00 in expenses.. This award is subject to the Treasury Offset Program, 31 U.S.C. § 3716(c)(1)(B). In the event Plaintiff has no present debt subject to offset and Plaintiff has executed a proper assignment to her counsel, Defendant is directed to make the payment due herein to Plaintiff's counsel. If Plaintiff has no present debt subject to offset and no proper assignment has been

made by Plaintiff to her counsel, Defendant is directed to make the check due pursuant to this Order payable to Plaintiff and to deliver the check to Plaintiff's counsel.

AND IT IS SO ORDERED.

                                          Richard Mark Gergel
                                          United States District Judge

September 28, 2015
Charleston, South Carolina