## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

Samuel Green,                          )
                                       )
              Plaintiff,               )       Civil Action No. 0:14-1878-RMG
                                       )
       vs.                             )
                                       )
Carolyn D. Colvin, Commissioner        )
of Social Security,                    )
                                       )       **ORDER**
              Defendant.               )
                                       )
                                       )

This matter comes before the Court on Plaintiff's motion for approval of attorney's fees under 42 U.S.C. § 406(b). (Dkt. No. 28). Plaintiff's counsel seeks approval of an attorney's fee for his services on behalf of Plaintiff in federal court in the amount of $7,490.00, which represents 25% of the total back award obtained on behalf of Plaintiff. (Dkt. No. 28-4 at 2). Plaintiff's counsel has further advised the Court that upon payment of the requested fee award under 42 U.S.C. § 406(b), he will refund to her client $4,832.00 awarded under the Equal Access to Justice Act. The Defendant has advised the Court that she does not oppose the approval of Plaintiff's attorney fee under § 406(b). (Dkt. No. 29).

The Court has reviewed the Plaintiff's motion in light of the standards set forth in *Grisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002). The Court finds that pursuant to the *Grisbrecht* standards the proposed fee is reasonable and grants the Plaintiff's motion to approve the fee in the amount of $7,490.00. Upon receipt of this award, Plaintiff's counsel is directed to reimburse to Plaintiff $4,832.00 previously awarded under EAJA. (Dkt. No. 27).

-1-

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

November 23, 2015
Charleston, South Carolina